# UNITED STATES BANKRUPTCY COURT
## FOR THE EASTERN DISTRICT OF MICHIGAN
### SOUTHERN DIVISION

In Re:  
Mechele Tatum

Case No. 08-63174-WSD  
Chapter 13  
Judge Shapero

Debtor(s)
_____/

## ORDER UPON VOLUNTARY DISMISSAL
## OF CHAPTER 13 PETITION

This matter having come on to be heard for Voluntary Dismissal per Debtor's request;

NOW THEREFORE,

IT IS HEREBY ORDERED that this Chapter 13 case is dismissed.

.

**Signed on August 24, 2009**

                                           **___ __/s/ Walter Shapero_____**  
                                           **Walter Shapero**  
                                           **United States Bankruptcy Judge**